Action by Bertha Thompson against Edward Thompson.

PER CURIAM. Judgment reversed, and judgment directed dismissing the complaint. There is no evidence establishing any of the causes for which an action for separation may be maintained. Plaintiff may insist upon the defendant supporting her, and, if he neglects or refuses to do so, she may maintain another action. The evidence is that up to the time of the commencement of this action he contributed to her support in a sum which was mutually satisfactory.

CARR, J., not voting.

THOMSON, Appellant, v. TOMKINS, Respondent. (Supreme Court, Appellate Division, First Department. December 11, 1914.) In the matter of Thomas T. Thomson against Calvin Tomkins, individually and as commissioner. L. T. Fetzer, of New York City, for appellant. T. Farley, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

THORNE, Respondent, v. JOHNSON, ADAMS & GRAECEN, Inc., Appellant. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by Richard R. Thorne against Johnson, Adams & Graecen, Incorporated. Joseph F. Murray, of New York City, for appellant. D. R. Almy, of New York City, for respondent. No opinion. Judgment reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to the sum of $20,000, in which event the judgment, as so modified, and the order appealed from, is affirmed, without costs. Settle order on notice.

TIERN, Respondent, v. PLATT, Appellant. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by Ellen G. Tiern, an infant, etc., against Simon M. Platt. G. H. Bruce, of New York City, for appellant. T. Downs, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 150 N. Y. Supp. 1115.

TIERN v. PLATT. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by Ellen G. Tiern against Simon M. Platt. No opinion. Motion denied, with $10 costs. Order filed. See, also, 150 N. Y. Supp. 1115.

TOLCHINSKY v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by Isidor Tolchinsky against the City of New York. No opinion. Motion granted. Order filed. See, also, 149 N. Y. Supp. 1016.

TOLMAN v. GILLESPIE et al. (Supreme Court, Appellate Division, Second Department. December 18, 1914.) Action by Anna C. Tolman against Daniel Gillespie and others.

PER CURIAM. Order affirmed, with $10 costs and disbursements, without passing upon

the validity of the assessments, and on authority of Morgan v. Fullerton, 9 App. Div. 253–235, 41 N. Y. Supp. 465, as to the proper method of trial of that question.

CARR, J., not voting.

TRANGEL, Respondent, v. BOORUM & PEASE CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 13, 1914.) Action by Mary Trangel against the Boorum & Pease Company, and another. No opinion. Motion for reargument (149 N. Y. Supp. 1114) denied, with $10 costs.

TRUSTEES OF PRESBYTERY OF NEW YORK, Respondent, v. WESTMINSTER PRESBYTERIAN CHURCH OF WEST TWENTY-THIRD ST., Appellant, et al. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by the Trustees of the Presbytery of New York against the Westminster Presbyterian Church of West Twenty-Third Street, impleaded with others. R. J. Reese, of New York City, for appellant. H. W. Jessup, of New York City, for respondent. No opinion. Appeal from order dismissed, without costs. Order filed. See, also, 150 N. Y. Supp. 1115.

TRUSTEES OF PRESBYTERY OF NEW YORK, Respondent, v. WESTMINSTER PRESBYTERIAN CHURCH OF WEST TWENTY-THIRD ST. et al., Appellants. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by the Trustees of the Presbytery of New York against the Westminster Presbyterian Church of West Twenty-Third Street and others. R. J. Reese, of New York City, for appellants. H. W. Jessup, of New York City, for respondent. No opinion. Judgment reversed, and complaint dismissed, on the authority of Westminster Presbyterian Church v. Trustees of the Presbytery of New York, 211 N. Y. 214, 105 N. E. 199. Settle order on notice. See, also, 150 N. Y. Supp. 1115.

UEBERWASSER v. HEEN et al. (Supreme Court, Appellate Division, Second Department. December 4, 1914.) Action by Bernhard Ueberwasser against Sophia Heen, impleaded with Matthew J. Smith and others. No opinion. Order of the County Court of Richmond County reversed. Settle order pursuant to stipulation. See, also, 163 App. Div. 969, 148 N. Y. Supp. 1148.

UIHLEIN, Respondent, v. DAUL et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 11, 1914.) Action by Robert A. Uihlein against James Daul and others. No opinion. Judgment affirmed, with costs.

UNGER, Appellant, v. T. A. GILLESPIE CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 11, 1914.) Action by Carl Unger, an infant, by